**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Kara Spitler<br>Probation Officer: Justine Kozak | Date:  September 4, 2014 |

Criminal Action No.: 13-cr-00193-JLK-3

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Matthew T. Kirsch |
|     Plaintiff, | |
| v. | |
| 3.    GREGORY NATHAN LAURENCE, | William H. Ewing, Jr. |
|     Defendant. | |

## SENTENCING MINUTES

**10:03 a.m.**     Court in session.

Court calls case.  Appearances of counsel.  Defendant present on bond.  Also present, Tim Chase, IRS Agent.

Preliminary remarks by the Court.

**ORDERED:**   Defendant's Motion for Variance (Filed 8/27/14; Doc. No. 87) is GRANTED.

**ORDERED:**   Motion For Offense Level Reduction Pursuant To U.S.S.G. §3E1.1(b) [Filed 8/27/14; Doc. No. 88] is GRANTED.

**ORDERED:**   Defendant's Motion For Variance (Filed 8/22/14; Doc. No. 83) is GRANTED.

**Change of Plea Hearing:  February 6, 2014.**

**Defendant plead guilty to Count Five of the Indictment.**

*13-cr-00193-JLK-3*
*Sentencing*
*September 4, 2014*

Parties received and reviewed the presentence report.

10:06 a.m.     Statement by the Government.

**ORDERED: Government's Oral Motion To Dismiss Count Six of the Indictment is GRANTED.**

Statements by Defendant's witnesses.

10:09 a.m.     Defendant's witness, Peter George Baur, called and sworn.
               Direct examination begins by Mr. Ewing.

Witness excused.

10:13 a.m.     Defendant's witness, William McMillan Rodney.
               Direct examination begins by Mr. Ewing.

Witness excused.

10:21 a.m.     Statement by Defense counsel.

10:48 a.m.     Statement by the Defendant.

10:48 a.m.     Further statement by Defense counsel.

10:50 a.m.     Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**

Defendant is sentenced as to **Count Five** of the Indictment to probation for a term of **5 years**.

**Conditions of probation:**
   (X)     Defendant shall comply with all the rules and regulations and reporting requirements of the Probation Department which he is assigned to.

**It is the RECOMMENDATION of the Court that the Defendant be supervised by the Probation Officers in the area and location of his residence in Tennessee.**

   (X)     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived

*13-cr-00193-JLK-3*
*Sentencing*
*September 4, 2014*

because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of probation:**

(X) Defendant shall be placed on home detention for a period of 6 months, to commence Saturday, October 4, 2014. During this time, defendant shall remain at his place of residence in Tennessee except for employment, community service, and other activities approved in advance by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $180,850.93, payable to the Internal Revenue Service in Kansas City, Missouri, in monthly instalments of not less than 10% of his monthly gross income.

Interest is waived.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:  Defendant is entitled to receive his passport.**

**ORDERED:  Bond is discharged.**

**11:11 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 1 hour 8 minutes.